**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

JAMAICA MEDICAL, P.C., ET AL.

Defendant(s)
Respondent(s)

INDEX #:
16-CV-4802 AMD

DATE FILED:
08/29/2016

ATTORNEY FILE#:
005100-02191

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 09/14/2016, 11:38AM at 110-21 68TH DRIVE, FOREST HILLS NY 11375, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET on ROMAN MATATOV, a defendant in the above action.

By delivering a true copy thereof and leaving with LEON DGAFAROV/CO-TENANT, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

JUST PRIOR TO SERVICE, LEON DGAFAROV CALLED UP THE DEFENDANT ROMAN MATATOV ON HIS CELL PHONE AND HANDED THE CELL PHONE TO DEPONENT. DEPONENT SPOKE WITH AND ADVISED ROMAN MATATOV HE WAS THERE TO SERVE HIM WITH PAPERS FROM GEICO. ROMAN MATATOV ASKED DEPONENT HOW HE FOUND HIS ADDRESS, AND THEN INSTRUCTED DEPONENT TO LEAVE THE PAPERS WITH LEON DGAFAROV, WHICH DEPONENT DID.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 09/15/2016 addressed to defendant ROMAN MATATOV at 110-21 68TH DRIVE, FOREST HILLS NY 11375 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 49   Approximate height 5'08"   Approximate weight 145   Color of skin BROWN   Color of hair BALDING BLACK & GRAY   Other ACCENT & MUSTACHE

LEON DGAFAROV told the deponent that ROMAN MATATOV was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

*Tony Conigliaro* (signature)

TONY CONIGLIARO   License # 1220476

Sworn to before me on 09/15/2016
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017