
**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

SEAN GORTON
(516) 357-3319
sean.gorton@rivkin.com

April 3, 2017

**BY ECF**
Honorable James Orenstein
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Government Employees Insurance Co., et al. v. Jamaica Medical, P.C., et al.*
           Docket No. 1:16-cv-04802(AMD)(JO)
           RR File No.: 005100-02191

Dear Judge Orenstein:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter.

We write on behalf of Plaintiffs and the only remaining defendant, Roman Matatov ("Matatov"), to request an adjournment of the April 4, 2017 status conference, for 20 days. We apologize for the short notice, but Plaintiffs and Defendants have, within the past 15 minutes, reached a settlement in principle, subject to execution of a written settlement agreement. Plaintiffs expect that the proposed settlement will be formalized and concluded within 14 days, and that a stipulation discontinuing the case will be filed shortly thereafter.

We appreciate the Court's attention to this matter.

                                Respectfully submitted,

                                RIVKIN RADLER LLP

                                Sean Gorton, Esq. (SG 9310)

cc:    All counsel via ECF

3678144

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495